US FEDERAL COURT

CIVIL DIVISION
Civil Action No.: 2:19–CV–71

ALBIN MELI, CHARLIE MELI, and
JEREMIE MELI,
    Plaintiffs,

vs.

CITY OF BURLINGTON, VERMONT;
Et Al;
    Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26th, 2019, I electronically filed with the Clerk of the Court the following document:

**1st Interrogatories and Request to Produce**

I caused to be served upon the following party:

    PIETRO LYNN
    76 St. Paul Street, Suite 400
    Burlington, VT 05401
    (802)-860-1500
    plynn@lynnlawvt.com

Dated at Brattleboro, Vermont this 26th day of September, 2019.

    S/Evan Chadwick
    EVAN CHADWICk
    136 High Street
    Brattleboro, VT 05301
    (802) 257-7161
    evan@chadwicklawvt.com