IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALBIN MELI; Et Al; | ) ) ) ) |
| v. | ) Civil Action No. 2:19–CV–71 |
| CITY OF BURLINGTON, VERMONT; Et Al; | ) ) ) ) |

## **DISCOVERY CERTIFICATE**

I, Evan Chadwick, Esq. hereby certify that on October 14th, 2019, true and correct copies of *Plaintiff Jeremie Meli's signed Supplemental Responses to Defendants' First Set of Interrogatories and Requests to Produce, Plaintiff Albin Meli's unsigned Supplemental Responses to Defendants' First Set of Interrogatories and Requests to Produce,* and *Plaintiff Charlie Meli's unsigned Supplemental Responses to Defendant's First Set of Interrogatories and Requests to Produce* were forwarded to counsel for Defendants by electronic mail, addressed as follows:

Pietro J. Lynn, Esq.
PLynn@lynnlawvt.com

I further certify that on October 14, 2019, I electronically filed with the Clerk of the Court the following document: this Discovery Certificate using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties: City of Burlington, Brandon Del Pozo, Jason Bellavance, and Joseph Corrow, Defendants.

DATED at Brattleboro, Vermont this 14th day of October, 2019.

                                                Albin Meli,
                                               Chalie Meli,
                                               Jeremie Meli

                                        By: <u>*/s/ Evan Chadwick*</u>
                                        Evan Chadwick, Esq.
                                        Chadwick & Spensley, PLLC
                                        *Counsel for Plaintiffs*
                                        136 High Street
                                        Brattleboro, VT 05301
                                        802-257-7161
                                        Evan@chadwicklawvt.com