IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ALBIN MELI, | ) | |
| CHARLIE MELI, and | ) | |
| JEREMIE MELI, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:19–CV–71 |
| | ) | |
| CITY OF BURLINGTON, VERMONT | ) | |
| | ) | |
| BRANDON DEL POZO, | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS CHIEF | ) | |
| OF POLICE FOR THE CITY OF | ) | |
| BURLINGTON, VERMONT | ) | |
| | ) | |
| JASON BELLAVANCE, | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS A POLICE | ) | |
| OFFICER FOR THE CITY OF | ) | |
| BURLINGTON, VERMONT | ) | |
| | ) | |
| CORY CAMPBELL | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS A POLICE | ) | |
| OFFICER FOR THE CITY OF | ) | |
| BURLINGTON, VERMONT, | ) | |
| | ) | |
|     Defendants. | ) | |

## **DISCOVERY CERTIFICATE**

I, Pietro J. Lynn, Esq., attorney for the Defendants, certify that on this date, I served *Defendant City of Burlington's Responses to Plaintiffs' First Interrogatories and Requests to Produce, Defendant Brandon del Pozo's Responses to Plaintiffs' First Interrogatories and Requests to Produce, Defendant Jason Bellavance's Responses to Plaintiffs' First Interrogatories and Requests to Produce,* and *Defendant Cory Campbell's Responses to Plaintiffs' First Interrogatories and Requests to Produce,* on the counsel of record by U.S. mail and electronic mail as follows:

Evan Chadwick, Esq.
Chadwick & Spensley, PLLC
3232 Route 7
Pittsford, VT 05763
evan@chadwicklawvt.com

Dated at Burlington, Vermont, this 30th day of October, 2019.

CITY OF BURLINGTON, POLICE CHIEF
BRANDON DEL POZO, POLICE
OFFICER JASON BELLAVANCE, AND
POLICE OFFICER CORY CAMPBELL

By: /s/ Pietro J. Lynn
Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
*Counsel for Defendants*
76 St. Paul St., Suite 400
Burlington, VT 05401
(802) 860-1500
plynn@lynnlawvt.com