IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALBIN MELI,<br>CHARLIE MELI, and<br>JEREMIE MELI,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT<br><br>BRANDON DEL POZO,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS CHIEF<br>OF POLICE FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>JASON BELLAVANCE,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>CORY CAMPBELL<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT,<br><br>    Defendants. | Civil Action No. 2:19–CV–71 |

## **DISCOVERY CERTIFICATE**

    I, Pietro J. Lynn, Esq., attorney for the Defendants, certify that on this date, I served *Defendants' First Document Production in Response to Plaintiffs' First Set of Interrogatories and Requests to Produce,* on the counsel of record by electronic mail as follows:

Evan Chadwick, Esq.
Chadwick & Spensley, PLLC
3232 Route 7
Pittsford, VT 05763
evan@chadwicklawvt.com

Dated at Burlington, Vermont, this 2nd day of December, 2019.

                CITY OF BURLINGTON, POLICE CHIEF
                BRANDON DEL POZO, POLICE
                OFFICER JASON BELLAVANCE, AND
                POLICE OFFICER CORY CAMPBELL

By:   */s/ Pietro J. Lynn*
        Pietro J. Lynn, Esq.
        Lynn, Lynn, Blackman & Manitsky, P.C.
        *Counsel for Defendants*
        76 St. Paul St., Suite 400
        Burlington, VT  05401
        (802) 860-1500
        plynn@lynnlawvt.com