IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALBIN MELI,<br>CHARLIE MELI, and<br>JEREMIE MELI,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT<br><br>BRANDON DEL POZO,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS CHIEF<br>OF POLICE FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>JASON BELLAVANCE,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>CORY CAMPBELL<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT,<br><br>    Defendants. | Civil Action No. 2:19–CV–71 |

## **NOTICE OF INTENT TO SERVE A SUBPOENA ON A NON-PARTY**

I, Pietro J. Lynn, Esq., of Lynn, Lynn, Blackman & Manitsky, P.C., attorney for Defendants, The City of Burlington, Vermont ("City"), Police Chief Brandon del Pozo ("del Pozo"), Police Officer Jason Bellavance ("Bellavance"), and Police Officer Cory Campbell ("Campbell"), hereby certify that I served a subpoena on the following parties:

1) California Institute of Music, served on April 10, 2020.

2) City Market Onion River Co-Op, served on April 10, 2020.

3) The Emperor's College, School of Traditional Oriental Medicine, served on April 10, 2020.

4) Rice Memorial High School, served on April 10, 2020.

5) The University of Vermont, served on April 10, 2020.

6) The Community College of Vermont, served on April 10, 2020.

7) The Vermont Employment Agency, served on April 10, 2020.

I have provided copies of said subpoenas to all parties in this action as of this writing.

DATED at Burlington, Vermont this 10th day of April, 2020.

By: /s/ Pietro J. Lynn, Esq.
Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
*Attorneys for Defendants*
76 St. Paul Street, Suite 400
Burlington, VT 05401
Ph. 802-860-1500
plynn@lynnlawvt.com