IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

ALBIN MELI,
CHARLIE MELI, and
JEREMIE MELI,
        Plaintiffs,

v.

CITY OF BURLINGTON, VERMONT

BRANDON DEL POZO,
INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS CHIEF
OF POLICE FOR THE CITY OF
BURLINGTON, VERMONT

JASON BELLAVANCE,
INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A POLICE
OFFICER FOR THE CITY OF
BURLINGTON, VERMONT

CORY CAMPBELL
INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A POLICE
OFFICER FOR THE CITY OF
BURLINGTON, VERMONT,

        Defendants.

Civil Action No. 2:19–CV–71

**ACCEPTANCE OF SERVICE**

I, _John Collins_, as _Deputy Gen Counsel - UVM_ (state title of your position) for the University of Vermont, hereby accept service of the Subpoena in the above captioned case. I understand that by accepting service I have waived the rights of the University of Vermont to be served by a Sheriff, constable, or other officer of the Court, but have waived no other rights.

Date: _April 14, 2020_        Signature _[signature]_

1