IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALBIN MELI,<br>CHARLIE MELI, and<br>JEREMIE MELI,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT<br><br>BRANDON DEL POZO,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS CHIEF<br>OF POLICE FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>JASON BELLAVANCE,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>CORY CAMPBELL<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT,<br><br>    Defendants. | Civil Action No. 2:19–CV–71 |

## ACCEPTANCE OF SERVICE

I, _Lisa Lorenz_, as _Principal_ (state title of your position) for the Rice Memorial High School, hereby accept service of the Subpoena in the above captioned case. I understand that by accepting service I have waived the rights of the Rice Memorial High School to be served by a Sheriff, constable, or other officer of the Court, but have waived no other rights.

Date: _4/16/2020_      Signature _Lisa Lorenz_

1

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| Albin Meli, Charlie Meli, and Jeremie Meli | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:19-CV-71 (WKS) |
| Citry of Burlington, VT et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Rice Memorial High School, 99 Proctor Avenue, South Burlington, vt 05403

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Please produce all student records for Jeremie Meli including course work, grades, transcripts, and any diplomas / certificates issued by Rice Memorial High School to Jeremie Meli. Please also produce all student disciplinary records involving Jeremie Meli. Finally, please produce all records of standardized testing scores.

| Place: Lynn, Lynn, Blackman & Manitsky, P.C.<br>76 St. Paul St.<br>Burlington, VT 05401 | Date and Time:<br><br>05/10/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/10/20

CLERK OF COURT

OR _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* City of Burlington
_____, who issues or requests this subpoena, are:

Pietro J. Lynn, Esq., 76 St. Paul Street, Burlington, VT 05401

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:19-CV-71 (WKS)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Lisa Lorenz, Principal
on *(date)* 4/16/2020.

☑ I served the subpoena by delivering a copy to the named person as follows: Mail

on *(date)* 5/9/2020 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: