NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Albin Meli, Charlie Meli, Jeremie Meli

    v.                                Case No. 2:19-cv-71

City of Burlington, VT, Brandon del Pozo, Jason Bellavance, and Cory Campbell

TAKE NOTICE that the above-entitled case has been scheduled at 02:00 p.m., on Monday, December 21, 2020, before Honorable William K. Sessions III, District Judge, for a hearing on Motion for Protective Order and Motion to Quash Notice of Deposition of Miro Weinberger via videoconference.

| | |
|---|---|
| Location: via videoconference | JEFFREY S. EATON, Clerk |
| | By: */s/ Lisa Wright* |
| | Deputy Clerk |
| | 12/17/2020 |

TO:

Evan B. Chadwick, Esq.

Barbara R. Blackman, Esq.
Pietro J. Lynn, Esq.

Anne Pierce, Court Reporter