IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ALBIN MELI, <br> CHARLIE MELI, and <br> JEREMIE MELI, <br>     Plaintiffs, <br><br> v. <br><br> CITY OF BURLINGTON, VERMONT <br><br> BRANDON DEL POZO, <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY AS CHIEF <br> OF POLICE FOR THE CITY OF <br> BURLINGTON, VERMONT <br><br> JASON BELLAVANCE, <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY AS A POLICE <br> OFFICER FOR THE CITY OF <br> BURLINGTON, VERMONT <br><br> CORY CAMPBELL <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY AS A POLICE <br> OFFICER FOR THE CITY OF <br> BURLINGTON, VERMONT, <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:19–CV–71 |

## **DISCOVERY CERTIFICATE**

I, Barbara R. Blackman, Esq. attorney for the Defendants, certify that on this date, I served: (1) *Subpoena to Testify at a Deposition in a Civil Action to Jack Northrup*; and (2) *Notice of Deposition of Jack Northrup* on the counsel of record by electronic mail as follows:

Evan Chadwick, Esq.
Chadwick & Spensley, PLLC
P.O Box 6182
Brattleboro, VT 05302
evan@chadwicklawvt.com

DATED at Burlington, Vermont, this 11th day of January, 2021.

                                                  CITY OF BURLINGTON, POLICE CHIEF BRANDON DEL POZO, POLICE OFFICER JASON BELLAVANCE, AND POLICE OFFICER CORY CAMPBELL

By:   /s/ *Barbara R. Blackman, Esq.*
       Barbara R. Blackman, Esq.
       Lynn, Lynn, Blackman & Manitsky, P.C.
       *Counsel for Defendants*
       76 St. Paul St., Suite 400
       Burlington, VT  05401
       (802) 860-1500
       bblackman@lynnlawvt.com