IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ALBIN MELI, | ) | |
| CHARLIE MELI, and | ) | |
| JEREMIE MELI, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:19–CV–71 |
| | ) | |
| CITY OF BURLINGTON, VERMONT | ) | |
| | ) | |
| BRANDON DEL POZO, | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS CHIEF | ) | |
| OF POLICE FOR THE CITY OF | ) | |
| BURLINGTON, VERMONT | ) | |
| | ) | |
| JASON BELLAVANCE, | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS A POLICE | ) | |
| OFFICER FOR THE CITY OF | ) | |
| BURLINGTON, VERMONT | ) | |
| | ) | |
| CORY CAMPBELL | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS A POLICE | ) | |
| OFFICER FOR THE CITY OF | ) | |
| BURLINGTON, VERMONT, | ) | |
| | ) | |
|     Defendants. | ) | |

## **DISCOVERY CERTIFICATE**

I, Barbara R. Blackman, Esq., attorney for the Defendants, certify that on this date, I served *Defendants' Expert Witness Disclosure of John J. Ryan* on the counsel of record by electronic mail as follows:

Evan Chadwick, Esq.
Chadwick & Spensley, PLLC
evan@chadwicklawvt.com

DATED at Burlington, Vermont, this 1ˢᵗ day of March, 2021.

                                          CITY OF BURLINGTON, POLICE CHIEF BRANDON DEL POZO, POLICE OFFICER JASON BELLAVANCE, AND POLICE OFFICER CORY CAMPBELL

By:   */s/ Barbara R. Blackman, Esq.*
       Barbara R. Blackman, Esq.
       Lynn, Lynn, Blackman & Manitsky, P.C.
       *Counsel for Defendants*
       76 St. Paul St., Suite 400
       Burlington, VT  05401
       (802) 860-1500
       bblackman@lynnlawvt.com