IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALBIN MELI,<br>CHARLIE MELI, and<br>JEREMIE MELI,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT<br><br>BRANDON DEL POZO,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS CHIEF<br>OF POLICE FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>JASON BELLAVANCE,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>CORY CAMPBELL<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT,<br><br>    Defendants. | Civil Action No. 2:19–CV–71 |

## **DISCOVERY CERTIFICATE**

I, Barbara R. Blackman, Esq. attorney for the Defendants, certify that on this date, I served *Defendants' Supplemental Discovery Responses* on the counsel of record by electronic mail as follows:

Evan Chadwick, Esq.
Chadwick & Spensley, PLLC
evan@chadwicklawvt.com

DATED at Burlington, Vermont, this 19th day of April, 2021.

                CITY OF BURLINGTON, POLICE CHIEF BRANDON DEL POZO, POLICE OFFICER JASON BELLAVANCE, AND POLICE OFFICER CORY CAMPBELL

By:    /s/ Barbara R. Blackman, Esq.
       Barbara R. Blackman, Esq.
       Lynn, Lynn, Blackman & Manitsky, P.C.
       *Counsel for Defendants*
       76 St. Paul St., Suite 400
       Burlington, VT  05401
       (802) 860-1500
       bblackman@lynnlawvt.com