IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| ALBIN MELI, *et al.* | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 2:19–CV–71 |
|  | ) |  |
| CITY OF BURLINGTON, VERMONT, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**DEFENDANTS' EXHIBIT LIST FOR**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE ALBIN MELI**

| Exhibit Letter | Document Summary |
|---|---|
| A | Excerpts from Jeremie Meli Deposition 4/8/2020 |
| B | Excerpts from Matthew Fay Deposition 10/27/2020 |
| C | Excerpts from Samuel Thibault Deposition 10/28/2020 |
| D | Burlington Police Department Report |
| E | Excerpts from Sinan Eren Deposition 4/19/2021 |
| F | Excerpts from Jason Bellavance Deposition 6/25/2020 |
| G | Excerpts from Cory Campbell Deposition 1/21/2021 |
| H | Excerpts from Samuel Messenger Deposition 10/28/2020 |
| I | Excerpts from Albin Meli Deposition 9/21/2020 |