# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| ALBIN MELI, *et al.* | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 2:19–CV–71 |
|  | ) |  |
| CITY OF BURLINGTON, VERMONT, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## DEFENDANTS' EXHIBIT LIST FOR
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE CHARLIE MELI

| Exhibit Letter | Document Summary |
|:---:|---|
| A | Excerpts from Jeremie Meli Deposition 4/8/2020 |
| B | Excerpts from Charlie Meli Deposition 9/21/2020 |
| C | Excerpts from Matthew Fay Deposition 10/27/2020 |
| D | Excerpts from Jason Bellavance Deposition 6/25/2020 |
| E | Burlington Police Department Report |
| F | Excerpts from Sinan Eren Deposition 4/19/2021 |