EXHIBIT E

Initial Call Information - [Assault - Simple] 09/09/18 00:08 : 152 St Paul St, Burlington, VT

Incident Number: 18BU020780
Call Time: 2018-09-09 00:08:54 -0400
Call Type: Assault - Simple
Primary Ofc.: 353: Ross, Vincent

## Chadwick & Spensley, PLLC

### Albert S. Fox, Esq.

111 Main St
P.O Box 6182
Brattleboro, VT 05302

tel. (802) 257-7161

albie@chadwicklawvt.com

Evan Chadwick
Atty for
Jeremie
Albin
802-258-7071

Burl1134

| Call Type | Call Priority | Call Origin | Date & Time of Call | Location of Call |
|---|---|---|---|---|
| Assault - Simple | In Progress | 911 | 09/09/2018 00:08 | 152 St Paul St, Burlington, VT, 05401 |

| Area | Team | Incident Number | ☐ Flag For Roll Call | ☐ Call Cancelled By Complainant | Owner: 333 | Common Call Type |
|---|---|---|---|---|---|---|
| D area | F MIDS | 18BU020780 | | | | Assault |

| Drugs Involved | ☐ Opiate blocker | ☐ Mental Health | ☐ DOMV | ☐ Cargo theft |
|---|---|---|---|---|
| Alcohol | | | | |

## Dispatch Narratives

------------ 960: Stirling, Cassandra - 09/09/18 16:26
-------------
Jeremie Meli in USB lobby with mother to make a complaint about
police brutality (I think... language barrier)

------------ 1043: Clark, Kathryn - 09/09/18 00:42
-------------
352 adv BAC of .17 on alco 096836 for Charlie

------------ 1043: Clark, Kathryn - 09/09/18 00:24
-------------
362 adv Albin 95

------------ 1043: Clark, Kathryn - 09/09/18 00:10
-------------
Agent 42 - Employee adv 6-7 people fighting inside the bar, no
weapons/injuries visible.  Said they have now moved outside,
only description available was three black males were involved.

## Witness List

| Person Type | Bus. | Name | DOB | Primary Phone |
|---|---|---|---|---|
| Involved Business | | What Ales You | 04/18/1991 | 802-495-0323 |
| Address | | 152 St Paul St, Burlington, VT, 05401 | | |
| Arrestee | ☐ Bus. | Meli, Albin | 12/02/1992 | 802-825-8389 |
| Address | | 308 Colchester Ave, Burlington, VT, 05401 | | |
| Witness | | Messenger, Samuel A | 06/03/1996 | 802-598-9093 |
| Address | | 28 School St, Burlington, VT, 05401 | | |
| Witness | | Bradbury, Nathan I. | 08/16/1985 | 843-819-6810 |
| Address | | 15 Russell St, Burlington, VT, 05401 | | |
| Arrestee | | Meli, Jeremie | 01/19/1994 | 802-777-2042 |
| Address | | 38 North St #B, Burlington, VT, 05401 | | |
| Arrestee | | Meli, Charlie | 12/25/1996 | 802-862-9427 |
| Address | | 38 North St #B, Burlington, VT, 05401 | | |
| Victim | | Fay, Matthew | 12/22/1993 | 603-677-2257 |
| Address | | 30 Isham St, Burlington, VT, 05401 | | |
| Witness | | Thibault, Samuel T | 11/02/1990 | 802-734-1555 |
| Address | | 817 Pine St #122, Burlington, VT, 05401 | | |
| Witness | | Eren, Sinan S | 10/06/1963 | 802-864-1722 |
| Address | | | | |

Burl1135

MRI#          NCIC NIC#     Narrative        ☐  Cancelled

Burl1136

People Detail - What Ales You (04/18/1991), Meli, Albin (12/02/1992), Messenger, Samuel A (06/03/1996), Bradbury, Nathan L (08/16/1985), Meli, Jeremie (01/19/1994), Meli, Charlie (12/25/1996), Fay, Matthew (12/22/1993), Thibault, Samuel T (11/02/1990), Eren, Sinan S (10/06/1963), Society - Burlington (01/01/1865), Campbell, Cory E (01/12/1989)

Incident Number: 18BU020780
Call Time: 2018-09-09 00:08:54 -0400
Call Type: Assault - Simple
Primary Ofc.: 353: Ross, Vincent

| Person Type | IBR Victim Type | ☑ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Involved Business | | | What Ales You | 04/18/1991 | 27 | | 152 St Paul St, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | Aliases |
|---|---|---|---|---|---|---|
| | | | | | | Owner: Sid Hall |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 802-495-0323 | | | | | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|

| Attachment | Description | Uploaded at | ☐ Confidential |
|---|---|---|---|
| | | 09/10/2018 15:27 | |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Arrestee | | | Meli, Albin | 12/02/1992 | 25 | | 308 Colchester Ave, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | Aliases |
|---|---|---|---|---|---|---|
| | Male - M | Black - B | 600 | 190 | Medium | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|
| Black / BLK | Brown - 4 | None | Crew Cut | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 802-825-8389 | | | 62676060 | VT | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| None or Unknown - N | Non-Hispanic - N | | |

| Attachment | Description | Uploaded at |
|---|---|---|

| | | | ☐ Confidential |
|---|---|---|---|

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Witness | | | Messenger, Samuel | 06/03/1996 | 22 | | 28 School St, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | Aliases |
|---|---|---|---|---|---|---|
| Middlebury VT | Male - M | White - W | 511 | 195 | | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 802-598-9093 | 802-545-2503 | | 52753619 | VT | Burlington, VT, 05401 |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| | Non-Hispanic - N | | |

| Attachment | Description | Uploaded at |
|---|---|---|

| | | | ☐ Confidential |
|---|---|---|---|

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|

Burl1137

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Witness | | | Bradbury, Nathan L | 08/16/1985 | 33 | | 15 Russell St, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | Aliases |
|---|---|---|---|---|---|---|
| Dover NH | Male - M | White - W | 600 | 160 | | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|---|
| | Blue - B | | | | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 843-819-6810 | | nblyon1@gmail. | 62453508 | VT | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| | | | |

| Attachment | Description | Uploaded at | |
|---|---|---|---|
| | | | ☐ Confidential |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|
| | | | | |

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|
| | | | | | | |

---

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Arrestee | | | Meli, Jeremie | 01/19/1994 | 24 | | 38 North St #B, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | Aliases |
|---|---|---|---|---|---|---|
| Kinshasa Congo | Male - M | Black - B | 510 | 190 | Medium | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|---|
| Black / BLK | Brown - 4 | None | Medium | | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 802-777-2042 | 802-825-8389 | Jmeli7@gmail.c | 82676066 | VT | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| None or Unknown - N | Non-Hispanic - N | | |

| Attachment | Description | Uploaded at | | | |
|---|---|---|---|---|---|
| Image/Photo | dmv photo | 03/30/2015 07:41 | Meli.jpeg | ADM3: Lawrence | ☐ Confidential |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|
| | | | | |

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|
| | | | | | | |

---

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Arrestee | | | Meli, Charlie | 12/25/1996 | 21 | | 38 North St #B, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | Aliases |
|---|---|---|---|---|---|---|
| | Male - M | Black - B | | | | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 802-862-9427 | | | 32986293 | VT | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| | Non-Hispanic - N | | |

| Attachment | Description | Uploaded at | |
|---|---|---|---|
| | | | ☐ Confidential |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|
| | | | | |

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|
| | | | | | | |

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Victim | Individual - I | | Fay, Matthew | 12/22/1993 | 24 | | 30 Isham St, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | | Aliases |
|---|---|---|---|---|---|---|---|
| | Male - M | White - W | 509 | 150 | | | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|
| Blond or Strawberry / B | | | Short | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 603-677-2257 | | | 12FYM93221 | NH | 7 Bradley St #a, Burlington, VT, 05401 |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| | Non-Hispanic - N | | |

| Attachment | Description | Uploaded at | |
|---|---|---|---|
| | | | ☐ Confidential |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|
| | | | | |

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|
| | | | | | | |

---

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Witness | | | Thibault, Samuel T | 11/02/1990 | 27 | | 817 Pine St #122, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | | Aliases |
|---|---|---|---|---|---|---|---|
| Burlington, VT | Male - M | White - W | 510 | 280 | Heavy | | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|
| Brown / BRO | Blue - 1 | | | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 802-734-1555 | | | 52440262 | VT | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| | Non-Hispanic - N | Cedar Ledge Builders | S Hero, Vt |

| Attachment | Description | Uploaded at | |
|---|---|---|---|
| | | | ☐ Confidential |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|
| | | | | |

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|
| | | | | | | |

---

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Witness | | | Eren, Sinan S | 10/06/1963 | 54 | | 1 Lawson Ln #20, Burlington, VT, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | | Aliases |
|---|---|---|---|---|---|---|---|
| | Male - M | White - W | 509 | 170 | Medium | | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 802-864-1722 | | | 50776280 | VT | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| | Non-Hispanic - N | | 152 St Paul St, Burli |

| Attachment | Description | Uploaded at | |
|---|---|---|---|
| | | | ☐ Confidential |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|
| | | | | |

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|
| | | | | | | |

| Person Type | IBR Victim Type | ☑ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Victim | Society/Public - S | | Society - Burlington | 01/01/1865 | 153 | | Burlington, Vt, 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | Aliases |
|---|---|---|---|---|---|---|
| | | | | | | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| | 802 | | | VT | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| None or Unknown - N | | | |

| Attachment | Description | Uploaded at | | ☐ Confidential |
|---|---|---|---|---|
| | | | | |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|
| | | | | |

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|
| | | | | | | |

| Person Type | IBR Victim Type | ☐ Bus. | Name | DOB | Age | ☐ Juv. | Address |
|---|---|---|---|---|---|---|---|
| Victim | Individual - I | | Campbell, Cory E | 01/12/1989 | 29 | | 1 North Avenue Burlington, Vermont 05401 |

| Place of Birth | Sex | Race | Height | Weight | Build | Aliases |
|---|---|---|---|---|---|---|
| | Male - M | White - W | 509 | 160 | Slim | |

| Hair | Eyes | Facial Hair | Hair Length | Scars/Tattoos | ☐ Dec. | SID | FBI# |
|---|---|---|---|---|---|---|---|
| Brown / BRO | Hazel - 5 | None | Short | | | | |

| Primary Phone | Secondary Phone | Email | License | State | Mailing Addr |
|---|---|---|---|---|---|
| 802-540-2362 | | | | VT | |

| IBR Gang Affil. | Ethnicity | Employer | Employer Address |
|---|---|---|---|
| None or Unknown - N | Non-Hispanic - N | | VT |

| Attachment | Description | Uploaded at | | ☐ Confidential |
|---|---|---|---|---|
| | | | | |

| Clothing Description | Dept. of Corrections Status | Weapon | IBR Injury | Paperwork to be served |
|---|---|---|---|---|
| | | | None - N | |

| IBR Res. Type | Stmt Type | Taken By | BAC | Drugs Involved | ☐ Opiate blocker | ☐ Using Computer |
|---|---|---|---|---|---|---|
| | | | | | | |

Burl1140

Incident Detail - [["Assault, Disorderly Conduct, Disorderly Conduct, Assault, Interference With Law Enforcement"]]: 353: Ross, Vincent

Incident Number: 18BU020780
Call Time: 2018-09-09 00:08:54 -0400
Call Type: Assault - Simple
Primary Ofc.: 353: Ross, Vincent

| Occurred From | Occurred To | Invest./Primary Officer |
|---|---|---|
| 09/09/2018 00:08 | 09/09/2018 00:08 | 353: Ross, Vincent |

| Attachment | Description | Uploaded at | | | |
|---|---|---|---|---|---|
| Other | Protective Custody l | 09/10/2018 08:17 | Usbscanner quickconnect 09-10-2018 08-07-43 1.pdf | 1064: Buker, L | ☐ Confidential |
| Other | Protective Custody l | 09/10/2018 08:20 | Usbscanner quickconnect 09-10-2018 08-07-43 4.pdf | 1064: Buker, L | ☐ Confidential |

| Attachment | Description | Uploaded at | | | |
|---|---|---|---|---|---|
| Affidavit/Court work | Court Case for Meli. | 09/11/2018 06:41 | 20780.pdf | 909: Hackley, J | ☐ Confidential |
| Affidavit/Court work | Court Case for Meli. | 09/11/2018 06:43 | 20780.1.pdf | 909: Hackley, J | ☐ Confidential |

| ☐ TRO/FRO Exists | ☑ Alcohol Involved | ☐ 911 Call Exists | ☐ Medical Release | ☐ Audio Recordings | ☐ DCF Notified | ☐ Crisis Svc Involved | ☐ Swabbings | ☐ SIU Contacted | SVU Contact |
|---|---|---|---|---|---|---|---|---|---|
| ☑ Video Recordings | ☐ Photos Taken | ☐ Prints Lifted | ☐ Diagrams | ☐ Clothing Evidence | ☐ K9 | ☐ Miranda Warning | ☐ Other Evidence | ☐ Crime Scene Processed | ☐ Lpr Used |

Evid. Search Conducted   Physical Evidence                    Media/Press Summary

| Category | Sub category | Violation | NIBRS Vio Type | Counts | #Premises |
|---|---|---|---|---|---|
| Assault | Aggravated Or Simple | Simple Assault 13 VSA 1023 13B | | 1 | 1 |

| Comm/Att | IBR Scene/Loc Typ | IBR Crim Act Typ | IBR Gang Affil | IBR Agg.Aslt/Hom. | IBR Weapon Typ | NIBRS Override |
|---|---|---|---|---|---|---|
| Committed - C | Bar/Night Club - 03 | | None or Unknown - N | | None- 99 | |

| Point Of Entry | Force/No Force | Point of Exit | Campus Code | Justifiable Homicide | Significant Event |
|---|---|---|---|---|---|

| Category | Sub category | Violation | NIBRS Vio Type | Counts | #Premises |
|---|---|---|---|---|---|
| Disorderly Conduct | Disorderly Conduct | Disorderly Conduct - All Other 13 VSA 1026 90C | | 1 | 1 |

| Comm/Att | IBR Scene/Loc Typ | IBR Crim Act Typ | IBR Gang Affil | IBR Agg.Aslt/Hom. | IBR Weapon Typ | NIBRS Override |
|---|---|---|---|---|---|---|
| Committed - C | Street/Road /Highway/Sid | | None or Unknown - N | | None- 99 | |

| Point Of Entry | Force/No Force | Point of Exit | Campus Code | Justifiable Homicide | Significant Event |
|---|---|---|---|---|---|

| Category | Sub category | Violation | NIBRS Vio Type | Counts | #Premises |
|---|---|---|---|---|---|
| Disorderly Conduct | Disorderly Conduct | Disorderly Conduct - All Other 13 VSA 1026 90C | | 1 | 1 |

| Comm/Att | IBR Scene/Loc Typ | IBR Crim Act Typ | IBR Gang Affil | IBR Agg.Aslt/Hom. | IBR Weapon Typ | NIBRS Override |
|---|---|---|---|---|---|---|
| Committed - C | Street/Road /Highway/Sid | | | | None- 99 | |

| Point Of Entry | Force/No Force | Point of Exit | Campus Code | Justifiable Homicide | Significant Event |
|---|---|---|---|---|---|

| Category | Sub category | Violation | NIBRS Vio Type | Counts | #Premises |
|---|---|---|---|---|---|
| Assault | On LEO | Assault On A Law Enforcement Officer/Firefighter /EMS/Health Care Worker (Misde | | 1 | 1 |

| Comm/Att | IBR Scene/Loc Typ | IBR Crim Act Typ | IBR Gang Affil | IBR Agg.Aslt/Hom. | IBR Weapon Typ | NIBRS Override |
|---|---|---|---|---|---|---|
| Committed - C | Street/Road /Highway/Sid | | | | Personal Weapons (hands | |

| Point Of Entry | Force/No Force | Point of Exit | Campus Code | Justifiable Homicide | Significant Event |
|---|---|---|---|---|---|

| Category | Sub category | Violation | | | NIBRS Vio Type | | Counts | #Premises |
|---|---|---|---|---|---|---|---|---|
| Interference With Law E | LEO Offense | Resisting Arrest 13 VSA 3017 90Z | | | | | 1 | 1 |
| Comm/Att | IBR Scene/Loc Typ | IBR Crim Act Typ | IBR Gang Affil | IBR Agg.Aslt/Hom. | IBR Weapon Typ | NIBRS Override | | |
| Committed - C | Street/Road /Highway/Sid | | None or Unknown - N | | None- 99 | | | |
| Point Of Entry | Force/No Force | Point of Exit | Campus Code | Justifiable Homicide | | | Significant Event | |

| Narrative Type | Officer | | |
|---|---|---|---|
| Report | 352: Hodges, | ☐ | Confidential |

Narrative

On 09/09/18 at about 0008 hours, officers responded to What Ales You located at 152 St Paul Street for a report of a fight.

Upon arrival, I spoke with a bartender, Matthew Fay. Fay stated he observed a male, later identified as Jeremie Meli (DOB 01/19/1994), starting fights with other people in the bar. Fay stated he went to escort Jeremie out of the bar. Fay stated Jeremie physically resisted and advised two other males, later identified as Albin Meli (DOB 01/19/1994) and Charlie Meli (DOB 12/25/1996) was pushing Fay away from Jeremie, preventing him from escorting Jeremie out of the bar.

Fay stated staff and other patrons tried to help him get Jeremie out of the bar. Fay stated Jeremie punched him directly in the face about four times, causing pain. Fay described the pain as a 4 out of 10 (0 - 10 pain scale).

Fay stated staff was able to get Jeremie out of the bar and stated at one point, Albin placed Fay in a headlock in an attempt to get Fay off of Jeremie. Fay provided a sworn statement.

I spoke with another employee, Sam Thibault. Thibault stated he was working the door when he heard a disturbance inside the bar. Thibault stated he went down to help and observed Fay and several staff members attempting to get a group of people out of the bar. Thibault stated he witnessed Jeremie punch Fay in the face. Thibault stated Albin was actively pushing staff members away from Jeremie. Thibault provided a sworn statement.

I transported Charlie to BPD where I issued him a citation for Disorderly Conduct. Charlie provided a BAC of .17 and I transported him to ACT1 then to corrections.

| Narrative Type | Officer | | |
|---|---|---|---|
| Affidavit | 362: Campbel | ☐ | Confidential |

Narrative

Incident #: 18BU020780

BURLINGTON POLICE DEPARTMENT
AFFIDAVIT OF PROBABLE CAUSE

STATE OF VERMONT

SUPERIOR COURT                                    Criminal Division
CHITTENDEN UNIT                         Docket No.            Cncr

State of Vermont

v.

Albin Meli (DOB: 12/02/92), Defendant

Now comes Officer Cory Campbell, affiant, being duly sworn and
on oath deposes and says he has probable cause to believe that
Albin Meli 12/02/1992, has committed the crimes of Assault on a
Law Enforcement Officer, in violation of Title 13 V.S.A. 1028,
and Disorderly Conduct, in violation of Title 13 V.SA. 1026.

1.      On 9/09/18 at approximately 0008 hours I responded the area
of What Ales You Bar on Main Street in Burlington Vermont.
Caller advised of a fight in progress outside the bar. While
responding I heard officers state that they were out with a
male near JP's Bar. I arrived and I witnessed several officers
attempting to detain a male on the ground outside of JP's Bar.
I observed a male wearing a blue long sleeve fleece shirt
hovering over them with his chest puffed out, clenching his
fists and yelling at them.

2.      I immediately approached the male and told him to "back up"
several times. This male was later identified as Albin Meli
12/02/92. Meli was crying and screaming "that's not right." He
yelled several times that the male on the ground was his
"brother." I asked Meli what happened but he was not able to
explain to me what happened prior to my arrival. Meli kept
approaching the officers on the ground and yelling at them to
let his brother go. I ordered Meli to step back and away from
the officers multiple times. Meli did not listen to my orders
and continued to yell and stare me down as if was going to
fight me.

3.      While talking to Meli there were other people gathering
around the scene with their phones out, recording the incident.
A large group of people gathered due to Meli's disorderly
behavior. A male bystander stepped in between Meli and me, and
Meli started yelling at him as well. I told Meli to calm down
and he kept escalating the situation by continually yelling,
shaking his fist, and pointing at officers and people who had
gathered around. Meli took an aggressive stance and pushed me
in the right shoulder with his arms. The push did not injure me
or cause me pain, but it made me to fear that Meli was going to
assault me.  Meli was then brought to the ground and handcuffed
with assistance from other officers. He was transported back to
headquarters where I issued him a citation to appear in court
on 10/02/2018. Meli was intoxicated at the time of arrest but
was not incapacitated. He was released from headquarters.


        (Affiant)


Subscribed and sworn to before me on  September 10 2018, at
Burlington

_____

Notary Public (expires 2/10/2020)

*Narrative Type*        *Officer*
Report                  318: Bellavan□   *Confidential*
Narrative

Burl1143

. On the above date and time, I was on patrol in the city of
Burlington Vermont when I heard officers get dispatched to a
report of a large fight at What Ales You at 152 St. Paul St.

I responded to the area and parked my cruiser at the
intersection of St. Paul St and Main St. As soon as I exited my
cruiser, I was approached by a male in a What Ales you shirt
who told me that a male with a blue backpack wearing a flannel
shirt had punched him in the face a few times. The male walked
east on Main St with me and pointed to a male that was actively
yelling at another What Ales You staff member. As I got closer,
I radioed that I would be out with 2 males as another male
stepped in front of me and told me that nothing had happened.
This male was later identified as Albin Meli.

When I walked around Albin, the male that was reported to have
assaulted the What Ales You bartender was yelling at the other
staff member and shaking his hand in the staff members face.
The male suspect was later identified as Jeremie Meli (1/19/94)
and the staff member was identified as Sinan Eren (10/6/63).
Jeremie appeared to be the aggressor in the confrontation as he
was repeatedly shaking his hand near Sinan's face while yelling
at Sinan. It was because of this behavior and the report from
the bartender that Jeremie had just assaulted him, when I
reached Jeremie, I pushed him away from Sinan. Jeremie stumbled
back a step, trip, and fell backwards causing him to strike his
head against the nearby building.

Jeremie went limp and appeared dazed for a few seconds. I
immediately radioed for BFD to respond as I was not sure if he
was injured. As I started to check on Jeremie, Albin came
towards me and I had to push him away twice. Once I got Albin
away from me, I placed Jeremie in a recovery position and then
Jeremie started telling me to "leave him alone" and asked "why
are you arresting me?". It was around this time that  Ofc.
Schaller and Ofc. Ross showed up to assist me along with
several other officers. As I started to roll Jeremie over to
place him in handcuffs, he began to thrash his body around,
pull his hands away, and generally resist arrest. Jeremie
continued to resist by rolling and pulling his hands away as
Ofc. Schaller, Ofc. Ross and I attempted to controll and
handcuff him. I attempted to control Jeremie's right arm and
was able to get one handcuff applied to his right wrist.
Jeremie forcefully pulled his right arm away from me and tried
to place it under his body. I had to pull up on the attached
handcuff with both arms in order to gain control of his right
arm before I was able to apply the handcuff to his left wrist.
I told both officers as a precaution that  Jeremie had struck
his head, and that he may have lost consciousness for a few
seconds. Jeremie did not appear to have any wounds, he was not
bleeding, and once in handcuffs, continued to thrash his body
and roll around. I attempted to ask him if he was injured and
he said yes, but then kept repeating that he was "going to
hell". Once Jeremie was controlled, I left him with Ofc. Ross
and Ofc. Schaller until BFD arrived. At one point a short time
later, someone told me that Jeremie had passed out, and I went
over to check on him. Ofc. Schaller told me that Jeremie had
gone quiet but was still breathing. A few seconds later, I
observed officers begin struggling with Jeremie again as they
tried to control him.

BFD evaluated Jeremie on scene but did not transport him to the
hospital. Jeremie had no visible injures and no lacerations
prior to being transported back to the Burlington Police

Burl1144

Department for processing.

While I spoke with and started to direct other officers to locate and interview victims and witnesses, Albin still continued to yell and walk around the scene. When Ofc. Campbell was attempting to speak with another person, Albin stepped forward and grabbed Ofc. Campbell firmly with both hands. Upon seeing this, I feared for Ofc. Campbell's safety and moved to arrest and control Albin. Ofc. Seller and Cpl. Cousins assisted and we took Albin to the ground. Albin fought to stay upright as I told Officers to bring him to the ground. I attempted to control Albin's left arm as he continually tried to pull it away from me. Once Albin was on the ground, he was handcuffed in the rear position by another officer.

It was during the arrest of Albin that Ofc. Seller injured his leg. My left leg was also injured as it was intertwined with Albin and other officers as Albin was brought to the ground. I felt a slight pop and the back of my knee began to hurt as a result.

Jeremie and Albin (brothers) were arrested and transported to the Burlington Police Department for processing. A third brother, Charlie Meli (12/25/96) was arrested by Ofc. Lewis in the same incident but I did not witness the events that led to that arrest.

Albin was released on a citation from the Police department while Jeremie and Charlie were issued citations and later brought to detox. Before Jeremie was brought to detox, I directed Cpl. Schaller and Ofc. Ross to bring him to the UVMMC ER for evaluation. I did this as a precaution due to the level of Jeremie's intoxication and possibility of a closed head injury. Jeremie was cleared by the UVMMC ER, transported to ACT 1, and then corrections for detox.

| Narrative Type | Officer | | |
|---|---|---|---|
| Summary | 353: Ross, V: | ☐ | *Confidential* |

Narrative

Jeremie Meli (1/19/1994) was cited for Simple Assault and detoxed for punching a What Ales You bouncer four times, causing pain. Albin Meli (12/2/1992) was cited and released for Simple Assault on a Police Officer, Disorderly Conduct, and Impeding a Police Officer. Charlie Meli (12/25/1996) was cited for Disorderly Conduct and detoxed.

| Narrative Type | Officer | | |
|---|---|---|---|
| Report | 319: Seller, J: | ☐ | *Confidential* |

Narrative

On 9/9/2018 at approximately 0008 hours, I overheard multiple officers being dispatched to the area of 152 Saint Paul St. for a report of a physical altercation between multiple subjects.

I responded to the area as well after hearing unclear radio transmissions and chaotic noise in the background. As I arrived to Main St. I could hear officers giving orders to the crowd to stay back.

I exited my cruiser and observed Ofc. Campbell attempting to keep two males away from officers who had another male detained

on the ground. As I walked over to assist Ofc. Campbell I observed him giving an unidentified male orders to stay back. As Ofc. Campbell was doing this I observed another male, later identified as Albin Meli (12/2/1982), take hold of Ofc. Campbell's shirt and shoulder and push him. At this time Ofc. Campbell pushed Albin backwards and I took hold of his shirt, assisting other officers in pulling him to the ground so he could be taken into custody for impeding. While doing this the male was yelling and actively resisting my efforts to control his left arm and I had to use physical force to pin his arm behind his back. I gave verbal commands to Albin to stop resisting and at this time he was handcuffed by another officer. I assisted with escorting Albin back to the cruiser ending my interaction with him.

After walking back to the scene I observed the Burlington Fire Department (BFD) tending to a male, later identified through a passport as Jeremie Meli (1/19/1994), who was handcuffed and seated on the ground. Jeremie was confrontational with BFD and refused to be further evaluated within the ambulance or at the hospital. I assisted Cpl. Schaller with helping Jeremie off the ground and escorting him to the police cruiser. At this time Jeremie was uncooperative and argumentative and refused to hold still so I could conduct a search incident to arrest. Jeremie repeatedly pushed away from the cruiser, at one point attempting to kick backwards with his leg to strike me in the shin and towards the end of our interaction grabbing at the front of my vest with his hands. When Jeremie pulled on my vest I gave him orders to stop and was in fear that he may be attempting to reach for one of my weapons, to include my OC and taser that are mounted in close proximity. While searching I had to use physical force to hold him close to the cruiser and needed the assistance of Ofc. Ross to conduct a thorough search.

After completing my search of Jeremi he was still argumentative and was not following orders to get into the car. I had to push Jeremi through the passenger side door and place his feet inside of the vehicle to be able to shut the cruiser door. After Jeremie was placed in the cruiser I cleared from this call, ending my involvement.

| Narrative Type | Officer | | |
|---|---|---|---|
| Report | 282: Schaller, | ☐ | *Confidential* |

Narrative

On September 09, 2018, at approximately 0008 hours, officers were dispatched to What Ales You at 152 St. Paul St. for a report of a fight inside the bar involving multiple individuals.  I was several blocks away and as I was responding I heard Dispatch advise that the fight had moved outside.  As I was driving west on Main St., towards St. Paul St., I observed Sgt. Bellavance quickly following a male eastbound on the sidewalk as if he was trying to stop him.  I turned around in the intersection of Main St. and St. Paul St. and as I was traveling back to the east someone yelled and flagged me down pointing towards the sidewalk in front of JPs.  I got out and observed Sgt. Bellavance kneeling next to the male that he had been following and holding onto one of his arms.  As I walked up the male, later identified by passport as Jeremie Meli (D.O.B. 01/19/1994), started yelling and was actively attempting to get away from Sgt. Bellavance by pulling away from Sgt. Bellavance as he was on the ground.  Sgt. Bellavance

had radioed for the Burlington Fire Department to respond and
told me that Meli had hit his head on the wall when he was
pushed.
Sgt. Bellavance was attempting to place Meli into handcuffs and
Meli was constantly yelling about us going to hell in a very
loud voice over and over again and that he had not done
anything.  Meli thrashed his body around, pulled his hands
away, and resisted being placed in handcuffs.  Ofc. Ross also
arrived to assist and it took all three of us to place Meli
into handcuffs as he did not stop rolling his body side to
side, tried to place his hands underneath his body and
continually kicked his feet out trying to kick Ofc. Ross and
Sgt. Bellavance.  Ofc. Ross and Sgt. Bellavance told Meli
several times to stop resisting, which he did not and continued
to yell that he did not do anything and that we were evil.

Meli did not appear to have any wounds, he was not bleeding,
and once in handcuffs continued to thrash his body and roll
around and yell continuously.  Sgt. Bellavance and I attempted
to ask Meli multiple times if he was injured and where, to
which he replied that he was, but would not state anything
further except to yell.  I had to kneel on Meli's back to keep
him from rolling over due to his thrashing and my smaller
stature.  Ofc. Ross had to cross Meli's lower legs to hold them
down as he continued to try to kick Ofc. Ross.  It should be
noted that Meli also attempted to grab Ofc. Ross's gun belt
several times to which I heard Ofc. Ross tell him not to.

Meli yelled for several minutes straight and attempted to roll
over and thrash his body while we were waiting for BFD to
respond.  At one time Meli stopped yelling and Ofc. Ross
advised that he had thrown up.  I observed mucus and saliva on
the sidewalk, which had a pink hue to it, and we rolled Meli on
his side.  Meli was breathing and when BFD arrived he did not
say anything or open his eyes until they touched him and he
immediately began yelling again and it was unclear whether he
had actually passed out or had been pretending.  As soon as
Meli began to yell he again began to struggle and we continued
to hold him down so that BFD could evaluate him.

Meli was uncooperative with BFD initially screaming at them
"Fuck you guys" over and over again, but then telling them he
was fine, yelling to be taken out of handcuffs, and yelling
that we were all racists.  Meli did not calm down until a
female came over and advised she was friends with him and he
was able to calm down enough to roll over and sit upright
without fighting.  Meli calmed down some more, but still
refused to cooperate with BFD.  BFD asked Meli several
questions about his fall and he continued to state he was fine
and refused to even sit in the ambulance to be evaluated
further.  At that time BFD advised that they would be leaving
the scene as Meli refused assistance, had no visible injuries,
and was able to answer questions correclty.
Sgt. Bellavance advised Meli was under arrest for assault and I
was tasked with transporting him to the police department for
processing.  Cpl. Seller and I assisted Meli up to his feet and
walked him over to my cruiser.  Meli continued to yell and move
his body from side to side making it difficult for Ofc. Seller
and myself to search him incident to arrest and at one time
Cpl. Seller yelled at Meli to stop grabbing his vest.  Ofc.
Ross needed to assist with keeping Meli still so that he could
be searched and he was pushed into the back of the cruiser as
he would not sit down.

While I was transporting Meli to the department he yelled and
cursed at me calling me a bitch, telling me I was going to
hell, and calling me a racist.  When I attempted to speak with
Meli about his behavior and disrespect he was irrational
ranting about how I had assaulted him and continued to tell me
that I was going to hell and that I was a liar.

At the police department it was decided that even though Meli
refused medical assistance he should be screened at the
hospital as he had hit his head and lost consciousness, and
possibly passed out a second time.  Ofc. Ross issued Meli a
citation for Simple Assault while he was seated in the cruiser
and Meli continued to yell over Ofc. Ross not listening.

I transported Meli to the ED (Emergency Department) and he was
continually rude yelling at me that I was ugly, a bitch, a
racist and was going to hell.  Meli also told me that I had
assaulted him and when I advised him that the only thing I had
done was hold him down when he was fighting he did not appear
to hear or care about my response.

Ofc. Ross assisted me at the hospital and we walked Meli into
the lobby.  Meli had slightly calmed down again but was fixated
on me calling me a bitch that had assaulted him and demanding
that I not touch him even though he was not cooperative and had
to be escorted into the hospital.  Meli was triaged and calmed
down more while speaking with nurses and the doctor who cleared
him.  Once Meli was seen by the doctor he became irrational and
belligerent again still fixating on me that I had assaulted
him.  Meli had to be placed in a wheelchair as he would not
call down.  Ofc. Ross and I had to hold Meli down in the chair
by pushing downward on his shoulders ( I pushed down on his
left shoulder) and we had to wheel him out of the ED backwards
as he continually tried to kick his left foot out at the walls
and stop the wheelchair from moving by slumping down and
dragging his left foot on the ground when he was not kicking
out.  Once at Ofc. Ross's cruiser Meli would not stand up, or
sit in the cruiser, and Ofc. Ross and security officers had to
pick him up and then push him into the back of the cruiser.
Ofc. Ross transported Meli to Act-1 and then corrections.

End of report.

| Narrative Type | Officer | | |
|---|---|---|---|
| Report | 353: Ross, V: | ☐ | Confidential |

Narrative

On 9/9/2018 at about 0008 hours I was dispatched to the area of
St. Paul and Main Street for a fight in progress. Upon arrival
to the scene I observed Ofc. Schaller and Sgt. Bellevance
struggling with a suspect (later identified as Jeremie Meli) on
the ground in front of JPs bar on Main Street. I helped place
Meli into handcuffs by grabbing his left hand and helping Sgt.
Bellevance to secure his handcuffs. During that time I gave
Meli hard commands to stop resisting, which he ignored. Once
Meli was in handcuffs I double locked them. Meli began to kick
his feet and Sgt. Bellevance placed him into a leg lock, which
I secured. Meli continued to struggle and got out of the leg
lock at one point at which time I once again placed him into
the leg lock. At one point Meli attempted to grab my hand near
my gun belt, at which time I placed him into a right wrist lock
and gave him hard commands to stop. At one point Meli went
unconcious and myself and Ofc. Schaller stopped all compliance

techniques and immediately called BFD over. BFD evaluated Meli at the scene and he was uncooperative. BFD cleared him at the scene.

While Meli was being searched by Ofc. Seller he kept turning his head, pushing off of the police cruiser, and being uncooperative. I was concerned that Meli might try to spit at Ofc. Seller or Cpl. Schaller, and I pushed him against the cruiser to prevent that from happening. I had to pull Meli from the driver's side rear door to get him into that back of the police cruiser.

Cpl. Schaller transported Meli to Burlington Police Department. While at BPD I issued Meli a citation to appear in court for simple assault. I explained the citation to Meli, who would not stop talking and yelling. Cpl Schaller transported Meli to UVMMC for further evaluation, where he was cleared by medical personnel. While at UVMMC Meli kept yelling, calling myself and Cpl. Schaller racist, and calling Cpl. Schaller a "bitch." He was uncooperative with medical staff. It should be noted that while Cpl. Schaller and I were wheeling Meli out of the emergency room he kept trying to kick the wall and stop us from moving him. I transported Meli from UVMMC to ACT1 where he was refused. I then transported Meli to CCCC for detox.

Axon video of this entire incident is available.

| Narrative Type | Officer | | |
|---|---|---|---|
| Affidavit | 353: Ross, V: | ☐ | *Confidential* |

Narrative

Now comes Officer Vincent Ross, affiant, being duly sworn and on oath deposes and says he has probable cause to believe that Jeremie Meli (DOB 01/19/1994), has committed the crimes of Simple Assault of Title 13 V.S.A. 1023 and Disorderly Conduct of 13 V.S.A. 1026, and Resisting Arrest of Title 13 V.S.A. 3017

1.      I am a sworn law enforcement officer with the Burlington Police Department.  I was certified by the Vermont Criminal Justice Training Council in 2015.

2.      On 7/1/2018 at approximately 0008 hours I was dispatched to the area of What Ales You, 152 St. Paul Street in Burlington. Upon arrival I observed Cpl. Schaller and Sgt. Bellavance struggling with a subject, later identified by US Passport as Jeremie Meli (1/19/1994), on the ground in front of JP's Pub, 139 Main Street. Meli was thrashing his feet and physically resisting being put into handcuffs by attempting to pull his hands under his body. I gave Meli repeated commands to stop resisting, which he ignored. Meli was eventually placed into handcuffs by myself, Ofc. Schaller and Sgt. Bellavance. It should be noted that after he was placed into handcuffs Meli attempted to grab me in the area of my gun belt and I gave him several hard commands to stop. Due to Jeremie's disorderly behavior a large crowd formed around us and several other police officers responded to control it.

3.      According to Sgt. Bellavance's report, he arrived on scene and a What Ales You employee pointed out Meli and advised that Meli punched him in the face a few times. When Sgt. Bellavance approached Meli, he was actively yelling at another What Ales You employee, identified as Sinan Eren (10/6/1963). Sgt. Bellavance's report states "Jeremie appeared to be the

aggressor in the confrontation as he was repeatedly shaking his hand near Sinan's face while yelling at Sinan. It was because of this behavior and the report from the bartender that Jeremie had just assaulted him, when I reached Jeremie, I pushed him away from Sinan. Jeremie stumbled back a step, trip, and fell backwards causing him to strike his head against the nearby building."

4.    Sgt. Bellavance's report states that Meli lost consciousness and he immediately called for Burlington Fire Department to respond. When Meli regained consciousness he began to yell at Sgt. Bellavance and when he attempted to put him into handcuffs started to "thrash his body around, pull his hands away, and generally resist arrest." Meli also "continued to resist by rolling and pulling his hands away as Ofc. Schaller, Ofc. Ross and I attempted to control and handcuff him." Sgt. Bellavance's full report is attached to this incident.

5.    Cpl. Schaller's report states that "Meli thrashed his body around, pulled his hands away, and resisted being placed in handcuffs." Cpl Schaller also advised in her report that Meli continued to roll his body from side to side and "tried to place his hands underneath his body and continually kicked his feet out trying to kick Ofc. Ross and Sgt. Bellavance." Cpl Schaller's full report is attached to this incident.

6.    Once Jeremie was controlled and being evaluated by Burlington Fire Department personnel I spoke to Ofc. Hodges who advised that Jeremie had assaulted an employee of What Ales You. The following is a direct excerpt of Ofc. Hodges' report:

Upon arrival, I spoke with a bartender, Matthew Fay. Fay stated he observed a male, later identified as Jeremie Meli (DOB 01/19/1994), starting fights with other people in the bar. Fay stated he went to escort Jeremie out of the bar. Fay stated Jeremie physically resisted and advised two other males, later identified as Albin Meli (DOB 01/19/1994) and Charlie Meli (DOB 12/25/1996) was pushing Fay away from Jeremie, preventing him from escorting Jeremie out of the bar.

Fay stated staff and other patrons tried to help him get Jeremie out of the bar. Fay stated Jeremie punched him directly in the face about four times, causing pain. Fay described the pain as a 4 out of 10 (0 - 10 pain scale).

Fay stated staff was able to get Jeremie out of the bar and stated at one point, Albin placed Fay in a headlock in an attempt to get Fay off of Jeremie. Fay provided a sworn statement.

I spoke with another employee, Sam Thibault. Thibault stated he was working the door when he heard a disturbance inside the bar. Thibault stated he went down to help and observed Fay and several staff members attempting to get a group of people out of the bar. Thibault stated he witnessed Jeremie punch Fay in the face. Thibault stated Albin was actively pushing staff members away from Jeremie. Thibault provided a sworn statement.

7.    Jeremie's criminal history in Vermont reflects one misdemeanor charge with one conviction for Driving Under the Influence (docket 971-4-15). He has failed to appear in court once. It should be noted that during this incident Jeremie appeared to be highly intoxicated. His eyes were bloodshot and watery and his speech was extremely slurred and he had a strong

Burl1150

odor of intoxicants on his breath.

8.      Jeremie's brothers were also charged for their involvement
in this incident. Albin Meli (12/02/1992) was cited for Simple
Assault on a Police Officer and Disorderly Conduct. Charles
Meli (12/25/1996) was cited for Disorderly Conduct.
9.      Based on the above statements I have probable cause to
believe that Jeremie Meli committed the crimes of Simple
Assault, Disorderly Conduct, and Resisting Arrest.

| Narrative Type | Officer | | |
|---|---|---|---|
| Supplement | 232: Couture, | ☐ | *Confidential* |

### Narrative

On 9/09 at approximately 1600 hours, Jeremie Meli, his mother
and another male who I believe was one of the Meli brothers
came in to file a complaint about the events that unfolded
involving Jeremie's arrest. I explained to Mrs. Meli that I
was not present during the incident but was happy to explain my
understanding of the incident. As I explained that her son was
"fighting" with the officers on scene, Jeremie interrupted and
corrected me. Jeremie advised that he felt "fighting" was the
wrong word and felt that "resisting" was a better explanation
of his behavior. I spoke with Mrs. Meli about the incident
further and provided her with a complaint form at her request.
I also returned Jeremie Meli's property. Jeremie looked in
each bag and signed for his property and I threw the empty bags
away. It should be noted that on 9/10, Jeremie came in and
spoke with ID Tech Alberts claiming that we had not returned a
necklace. Meli made no mention of a necklace during my
interaction with him on 9/9 and signed for the property he had
been given.
This concluded my involvement with this matter.

| Narrative Type | Officer | | |
|---|---|---|---|
| Report | 374: Schmidt, | ☐ | *Confidential* |

### Narrative

On the above date and time, I heard officers being dispatched
to the area of What Ales You bar located at 152 St. Paul St.
for a report of a physical fight still in progress. Upon
arrival, I observed several officers on the ground attempting
to take one male into custody who was continuing to resist and
fight against the officers attempts to arrest him. I later
learned the male that they were arresting was Jeremie Meli. I
began assisting with crowd control, as there were many
individuals who were yelling at the officers attempting to take
Jeremie into custody. As I was doing this, I observed a male
wearing a black zip sweater walking quickly up to the scene and
began shouting, "that's my brother! That's not ok!". This male
later identified himself as Charlie Meli. Charlie continuously
attempted to push past me and was waving his clenched fists in
the air and shouting things such as, "take me, I'm the one who
did it." Myself and several other officers had to physically
stop Charlie from getting closer to the officers who were
arresting Jeremie. Myself and several other officers also
informed Charlie that if he did not stop attempting to
interfere, he would be arrested. Charlie refused to comply with
our directions. It should be noted that I was unable to help
other officers with their actions, as I was continuously
keeping Charlie back despite my orders to do so. After several
orders to stay back and Charlie continuing to ignore them,

Burl1151

myself and Officer Lewis detained Charlie for interfering with
the other officer's duties and refusing orders to stay back.
While in custody, Charlie still refused orders to sit inside
Officer Lewis' patrol car and would not immediately identify
himself. Charlie's actions continued to prevent me from
assisting fellow officers on scene who were still attempting to
gain control of the scene. After many attempts, Charlie finally
complied and got into the patrol car. I was then able to leave
and assist other officers on scene. This ended my involvement
with Charlie.

| Offense Suspect | Offense Victim | IBR Victim-Offender | | Bias/Motivation (anti) |
|---|---|---|---|---|
| Meli, Jeremie | Fay, Matthew | Victim was Stranger - ST | | None - 88 |
| V. was LEO | V was LEO Assignment | | Other ORI | LEOKA Narrative |

| Offense Suspect | Offense Victim | IBR Victim-Offender | | Bias/Motivation (anti) |
|---|---|---|---|---|
| Meli, Jeremie | Society - Burlington | Victim was Stranger - ST | | None - 88 |
| V. was LEO | V was LEO Assignment | | Other ORI | LEOKA Narrative |

| Offense Suspect | Offense Victim | IBR Victim-Offender | | Bias/Motivation (anti) |
|---|---|---|---|---|
| Meli, Charlie | Society - Burlington | Victim was Stranger - ST | | None - 88 |
| V. was LEO | V was LEO Assignment | | Other ORI | LEOKA Narrative |

| Offense Suspect | Offense Victim | IBR Victim-Offender | | Bias/Motivation (anti) |
|---|---|---|---|---|
| Meli, Albin | Society - Burlington | Victim was Otherwise Known - OK | | None - 88 |
| V. was LEO | V was LEO Assignment | | Other ORI | LEOKA Narrative |

| Offense Suspect | Offense Victim | IBR Victim-Offender | | Bias/Motivation (anti) |
|---|---|---|---|---|
| Meli, Albin | Campbell, Cory E | Victim was Otherwise Known - OK | | None - 88 |
| V. was LEO | V was LEO Assignment | | Other ORI | LEOKA Narrative |

| Offense Suspect | Offense Victim | IBR Victim-Offender | | Bias/Motivation (anti) |
|---|---|---|---|---|
| Meli, Jeremie | Society - Burlington | Relationship Unknown - RU | | None - 88 |
| V. was LEO | V was LEO Assignment | | Other ORI | LEOKA Narrative |

Burl1152

**Arrest Information - Meli, Albin;Meli, Jeremie**

Incident Number: 18BU020780
Call Time: 2018-09-09 00:08:54 -0400
Call Type: Assault – Simple
Primary Ofc.: 353: Ross, Vincent

| Arrestee | Arresting Officer | Arrest Date/Time | IBR Mult Arrest Indicator | |
|---|---|---|---|---|
| Meli, Albin | 362: Campbell, Cory | 09/09/2018 00:24 | Not applicable - N | |

**Arrest Location**
152 St Paul St. Burlington, VT, 05401

| Citation Date/Time | IBR Arrestee Weapon | | IBR Arrest Type | IBR Exceptional Clearance Code |
|---|---|---|---|---|
| 10/02/2018 08:15 | | | Cited (no prints/photos | Not Applicable (not cleared exceptionally) - N |

**Except. Clearance Date**

| Juvenile Disposition | ☐ Has Child Under 18 | ☑ Prints & Photos Needed |
|---|---|---|

## Charges

**Arrest Charge**

Assault On A Law Enforcement Officer/Firefighter /EMS/Health Care Worker (Misde    ☑ Most serious charge

**Arrest Charge**

Disorderly Conduct - All Other 13 VSA 1026 90C    ☐ Most serious charge

| Arrestee | Arresting Officer | Arrest Date/Time | IBR Mult Arrest Indicator | |
|---|---|---|---|---|
| Meli, Jeremie | 353: Ross, Vincent | 09/09/2018 00:15 | Not applicable - N | |

**Arrest Location**
139 Main Street, Burlington, VT, 05401

| Citation Date/Time | IBR Arrestee Weapon | IBR Arrest Type | IBR Exceptional Clearance Code |
|---|---|---|---|
| 09/20/2018 08:30 | Except. Clearance Date | | |

| Juvenile Disposition | ☐ Has Child Under 18 | ☑ Prints & Photos Needed |
|---|---|---|

## Charges

**Arrest Charge**

Simple Assault 13 VSA 1023 13B    ☑ Most serious charge

**Arrest Charge**

Disorderly Conduct - All Other 13 VSA 1026 90C    ☐ Most serious charge

**Arrest Charge**

Resisting Arrest 13 VSA 3017 90Z    ☐ Most serious charge

**Property Information - 3**

| IBR Role/Code | IBR Quantity | IBR Unit Measure | IBR Description | Make |
|---|---|---|---|---|
| Inmate/Safekeeping - 11 | 1.0 | Each - XX | Purses/Handbags /Wallets- 25Other- 7 | |

**Description**

hat, phone, wallet

| Tag # | Serial# | Owner | ☑ Owner Notified | Value | IBR Suspected Drug Type | Color |
|---|---|---|---|---|---|---|
| 61577 | | Meli, Charlie | | 11 | | |

| Location | Action | Tagged/Recovered | Tagged By | Temp Storage Location |
|---|---|---|---|---|
| 152 St Paul St, Burli | Release | 09/09/2018 01:50 | 352: Hodges, Derek | Shelf |

☐ NIBRS Rel.   ☐ Disposed   ☐ Item In Temp Evidence   **Offenses**

| Cust. Chain Date | From | To | Location | Sub Location | Remarks |
|---|---|---|---|---|---|
| 09/09/2018 12:12 | 302: Drinkwine, William J | 302: Drinkwine, | Disposed | Returned to owner | |

| Lab Analysis Req. | Analysis Perf. By | Analysis Narrative |
|---|---|---|
| | | |

---

| IBR Role/Code | IBR Quantity | IBR Unit Measure | IBR Description | Make |
|---|---|---|---|---|
| Inmate/Safekeeping - 11 | 1.0 | Each - XX | Other- 77Purses/Handbags /Wallets- 2 | |

**Description**

Wallet and iPhone

| Tag # | Serial# | Owner | ☐ Owner Notified | Value | IBR Suspected Drug Type | Color |
|---|---|---|---|---|---|---|
| 61578 | | Meli, Jeremie | | | | |

| Location | Action | Tagged/Recovered | Tagged By | Temp Storage Location |
|---|---|---|---|---|
| 152 St Paul St, Burli | Release | 09/09/2018 02:34 | 282: Schaller, Erica | Shelf |

☐ NIBRS Rel.   ☐ Disposed   ☐ Item In Temp Evidence   **Offenses**

| Cust. Chain Date | From | To | Location | Sub Location | Remarks |
|---|---|---|---|---|---|
| 09/10/2018 09:16 | 232: Couture, Justin | 933: Alberts, Jon | Disposed | Returned to owner | |

| Lab Analysis Req. | Analysis Perf. By | Analysis Narrative |
|---|---|---|
| | | |

Burl1154

| IBR Role/Code | IBR Quantity | IBR Unit Measure | IBR Description | Make |
|---|---|---|---|---|
| Inmate/Safekeeping | 1.0 | Each - XX | Purses/Handbags | |
| - 1 | | | /Wallets- 25 | |

## Description

mesh bag

| Tug # | Serial# | Owner | ☐ Owner Notified | Value | IBR Suspected Drug Type | Color |
|---|---|---|---|---|---|---|
| 61585 | | Meli, Jeremie | | | | Blue / BLU |

| Location | Action | Tagged/Recovered | Tagged By | Temp Storage Location |
|---|---|---|---|---|
| 152 St Paul St. Burli | Release | 09/09/2018 10:34 | 351: Hartnett, Padric | Shelf |

| ☐ NIBRS Rel. | ☐ Disposed | ☐ Item In Temp Evidence | Offenses |
|---|---|---|---|
| | | | Simple Assault 13 VSA 1023 13B |

| Cust. Chain Date | From | To | Location | Sub Location | Remarks |
|---|---|---|---|---|---|
| 09/10/2018 09:16 | 232: Couture, Justin | 933: Alberts, Joa | Disposed | Returned to owner | |

| Lab Analysis Req. | Analysis Perf. By | Analysis Narrative |
|---|---|---|
| | | claims a glass pendant necklace is missing. -933 9/10/18 |

Burl1155

**Incident Review - Reviewed [Approved]: 09/10/2018**

Incident Number: 18BU020780
Call Time: 2018-09-09 00:08:54 -0400
Call Type: Assault - Simple
Primary Ofc.: 353: Ross, Vincent

| Invest./Primary Officer | Ofc. Status | | □ Keep in Ofc Q | Status Date | Reviewing Sup | Review Date | Approval | Incident Disp. |
|---|---|---|---|---|---|---|---|---|
| 353: Ross, Vincent | Ready for Approval | | | 09/10/2018 | 103: Young, Jonathan | 09/10/2018 | Approved | Arrest - Prosecution |

| Submitted At | | ☑ Fulfilled | □ Keep in Sup Q | □ NIBRS Reviewed |
|---|---|---|---|---|
| 09/10/2018 11:26 | | | | |

*New Review Comment*

*Review Comments*

Burl1156