IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALBIN MELI,<br>CHARLIE MELI, and<br>JEREMIE MELI,<br>  Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT<br><br>BRANDON DEL POZO,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS CHIEF<br>OF POLICE FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>JASON BELLAVANCE,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>CORY CAMPBELL<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT,<br><br>  Defendants. | Civil Action No. 2:19–CV–71 |

## **DISCOVERY CERTIFICATE**

I, Barbara R. Blackman, Esq. attorney for the Defendants, certify that on this date, I served: (1) *Subpoena to Testify at a Deposition in a Civil Action to Danielle Trout*; and (2) *Notice of Deposition of Danielle Trout*; on the counsel of record by electronic mail as follows:

Evan Chadwick, Esq.
Chadwick & Spensley, PLLC
evan@chadwicklawvt.com

DATED at Burlington, Vermont, this 26th day of July, 2021.

                                      CITY OF BURLINGTON, POLICE CHIEF BRANDON DEL POZO, POLICE OFFICER JASON BELLAVANCE, AND POLICE OFFICER CORY CAMPBELL

By: */s/ Barbara R. Blackman, Esq.*
     Barbara R. Blackman, Esq.
     Lynn, Lynn, Blackman & Manitsky, P.C.
     *Counsel for Defendants*
     76 St. Paul St., Suite 400
     Burlington, VT  05401
     (802) 860-1500
     bblackman@lynnlawvt.com