IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

ALBIN MELI, et al.

    Plaintiffs,

V.

                                            Civil Action No. 2:19–CV–00071

CITY OF BURLINGTON, VERMONT, et al.

    Defendants.

## PLAINTIFF'S EXHIBIT INDEX FOR RESPONSE AND DISPUTED FACTS

1. Samuel Messenger deposition excerpts
2. Kelly Wassick deposition excerpts
3. Sinan Eren deposition excerpts
4. Burlington Police Department dispatch/radio log
5. Bellavance deposition excerpts
6. Bellavance body camera footage
7. Bradbury deposition excerpts
8. Schaller body camera footage
9. Ross valcour report
10. Criminal citation and affidavit for Jeremie
11. Jeremie Meli charge dismissal
12. Haig deposition excerpts
13. Albin Meli deposition excerpts
14. Campbell body camera footage
15. Albin Meli criminal citation
16. Schaller deposition excerpts
17. Burlington Resolution relating to Approval of Separation Agreement for Jason Bellavance
18. VTDigger article, "City Council authorizes separation agreement with Burlington cop"
19. Del Pozo deposition excerpts
20. Janine Wright deposition with Evan Chadwick
21. Schmidt body camera footage
22. Lewis body camera footage
23. Schaller valcour report
24. Albin Meli affidavit of probable cause
25. Campbell deposition excerpts
26. ACLU letter to BPD
27. Charlie Meli charge dismissal
28. Bradbury sworn statement/affidavit
29. BPD administrative interview notification
30. Internal affairs letter
31. Corrow bodycam footage from Mabior Jok

32. Garrett cellphone footage from Mabior Jok
33. Bellavance bodycam footage from Mabior Jok
34. BPD UOF data 2019 report
35. US Census data
36. Seguino deposition excerpts
37. Seguino/Brooks/Autilo report 2014-2019
38. Trudell report, Page 21
39. Jack Ryan deposition excerpts
40. Janine Wright Facebook Post #1
41. VTDigger article, "Burlington police official's trolling more extensive than city found
42. Seven Days article, "Weinberger Knew of Burlington Police Chief's Anonymous Twitter Account"
43. Charlie Meli deposition excerpts
44. Samuel Thibault deposition excerpts
45. Marc Preston report
46. Janine Wright deposition excerpts with Robb Spensley
47. Nader Hashim's affidavit on data collection
48. Bellavance valcour report
49. Del Pozo article, "Guided by Race: An Ethical and Policy Analysis of Racial Profiling in Law Enforcement Decisionmaking"
50. VT Digger article, "Article by Burlington police chief a concern for some"