## Initial Call Information - [Assault - Simple] 09/09/18 00:08 : 152 St Paul St, Burlington, VT

000429

Incident Number: 18BU020780
Call Time: 2018-09-09 00:08:54 -0400
Call Type: Assault - Simple
Primary Ofc.: 353: Ross, Vincent

**Call Type**
Assault - Simple

**Call Priority**
In Progress

**Call Origin**
911

**Date & Time of Call**
09/09/2018 00:08

**Location of Call**
152 St Paul St, Burlington, VT, 05401

**Area**
D area

**Team**
F MIDS

**Incident Number**
18BU020780

☐ Flag For Roll Call

☐ Call Cancelled By Complainant

Owner: 333

**Common Call Type**
Assault

**Drugs Involved**
Alcohol

☐ Opiate blocker  ☐ Mental Health  ☐ DOMV  ☐ Cargo theft

### Dispatch Narratives

------------- 960: Stirling, Cassandra - 09/09/18 16:26
-------------
Jeremie Meli in USB lobby with mother to make a complaint about police brutality (I think... language barrier)

------------- 1043: Clark, Kathryn - 09/09/18 00:42
-------------
352 adv BAC of .17 on alco 096836 for Charlie

------------- 1043: Clark, Kathryn - 09/09/18 00:24
-------------
362 adv Albin 95

------------- 1043: Clark, Kathryn - 09/09/18 00:10
-------------
Agent 42 - Employee adv 6-7 people fighting inside the bar, no weapons/injuries visible. Said they have now moved outside, only description available was three black males were involved.