Case 2:19-cv-00071-wks   Document 144-43   Filed 08/27/21   Page 1 of 2
Exhibit 46

MABIOR JOK v.                                                                JANNINE WRIGHT
CITY OF BURLINGTON, VERMONT; BRANDON DEL POZO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE           November 24, 2020

Page 33

1 that true?
2  A. You know, I don't remember. There was so much
3 media coverage of everything, everything gets lost for
4 me during that period of time. I would say that's
5 probably a question that you're going to have to ask the
6 mayor or Chief del Pozo because I don't really know the
7 answer to that.
8  Q. Right. Okay. But I want to turn to your own
9 social media now, and I know of a couple of accounts
10 such as Lori Spicer. And can you describe what the
11 Lori Spicer account was?
12  A. The Lori Spicer account started out -- well,
13 it started out as a Facebook and Instagram accounts for
14 me follow some restaurants, for me to follow some other
15 people because I didn't want -- I never liked Facebook.
16 I never really liked social media. And but to get the
17 good deals and to know, for instance, what the specials
18 at Sneakers, you got to have a Facebook account. And I
19 really didn't want to do anything on Facebook for
20 myself, like to connect with family or anything, because
21 it's just way too much information and I don't need to
22 know about my family, things that people put on
23 Facebook.
24      So that's how it started out, and that's why I

Page 34

1 had those accounts.
2  Q. So you never had your own account. You only
3 had the aliases; right?
4  A. Right. I consider Lori Spicer to be my
5 account, and I consider that to be my account even
6 though I never connected with my friends or my family.
7 But that wasn't the purpose of it. The purpose of it
8 was to keep connected with restaurants and businesses
9 and that sort of thing. That was the initial start of
10 it. And the name -- go ahead.
11  Q. No. Where did the name come from?
12  A. The name was a play off of a stupid joke with
13 my sisters and the Spice Girls. And, you know, I have
14 three sisters and we all have totally different
15 personalities and so we have fought over the Spice Girls
16 names at one point and since I'm the youngest in the
17 family, they wanted to call they Baby Spice and I
18 refused to do that so it was a play on the Spice name.
19  Q. Did you have pictures of yourself or personal
20 information on that account?
21  A. No. I don't have personal pictures on any
22 account.
23  Q. Okay. Abby Sykes was also a Facebook account?
24  A. Correct.

Page 35

1  Q. And that was also an account with no
2 identifying information to Jannine Wright; is that
3 correct?
4  A. Correct. That is correct.
5  Q. So what's the story behind the second account,
6 Abby Sykes?
7  A. I was temporarily locked out of the
8 Lori Spicer account and I made the other account and
9 there's no reason behind the name.
10  Q. And you opened it for the same purposes, it
11 sounds like. To keep track of local businesses and food
12 specials and such?
13  A. Correct.
14  Q. Now, who knew that you had these?
15  A. The chief knew that I had an account. I don't
16 know if he knew what -- well, I don't know if he -- I
17 don't know what he knew, such as, I don't know if he
18 knew the names on the accounts but he knew I had an
19 account.
20  Q. Brandon del Pozo knew that you had a Facebook
21 account?
22  A. Yes.
23  Q. Did he know that it was an alias, a name that
24 was not your own name?

Page 36

1  A. I assume that, but I don't know for sure.
2  Q. And --
3  A. I assume that. I guess I shouldn't say that I
4 know for sure. I assumed that. And eventually he did
5 know that it was not my name.
6  Q. So when did he know that?
7  A. When he would post messages on it.
8  Q. He would send messages to -- like personal
9 Facebook messages you mean?
10  A. No. There was a couple of times where he
11 would come in my office and say, Let me use your phone
12 because my phone is dead or is charging in the car or
13 something. And so I would give him my phone. I didn't
14 know what he was going to do. And there was a couple of
15 times that he actually made posts on my Facebook
16 account.
17  Q. Interesting. For Lori Spicer or for
18 Abby Sykes?
19  A. I don't know. I mean, I would have to look at
20 the -- I would have to look at the posts to tell you one
21 way or the other. I don't know for sure.
22  Q. So some posts emanating from the Lori Spicer
23 and the Abby Sykes were actually not from you?
24  A. Correct.

Case 2:19-cv-00071-wks   Document 144-43   Filed 08/27/21   Page 2 of 2
MABIOR JOK v.                                                                                    JANNINE WRIGHT
CITY OF BURLINGTON, VERMONT; BRANDON DEL POZO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE, et al.   November 24, 2020

Page 65

1    MS. BLACKMAN: How about we take a ten-minute
2  bathroom break. Come back at 3:00.
3    MR. SPENSLEY: I'll be ready in five.
4    (Break taken from 2:49 p.m. to 2:58 p.m.)
5  BY MR. SPENSLEY:
6    Q.  Okay. Back and ready for more, Jannine?
7    A.  Sure.
8    Q.  So at the conclusion of this internal
9  investigation, I believe you had an eight-day
10 suspension. You certainly had not resigned at that
11 point; right?
12   A.  Correct.
13   Q.  Now, I think in that investigation they only
14 found about 16 or so of your posts. Does that sound
15 accurate?
16   A.  I don't remember the exact number, but it
17 wasn't all the posts. But I made it clear during the
18 investigation that there were more posts than what they
19 had found.
20   Q.  Right. But after that investigation came out,
21 do you recall the Digger printing an article that
22 contained more of your posts?
23   A.  Yes.
24   Q.  All right. I want to share something else

Page 66

1  with you which you might have seen, and some of them are
2  sideways, some of the posts are sideways, so it kind
3  goes back and forth a little. But I want to try -- what
4  I want to try to figure out is if you wrote the posts,
5  all right? Okay. I think I'm sharing. I'm going to
6  have to turn these around. But do you have Exhibit --
7  excuse me -- do you have Plaintiff's Exhibit 5.2 or what
8  has been marked as Plaintiff's Exhibit 5.2 in front of
9  you there?
10      What I'd like you to do is read through those
11 and confirm that you wrote these posts. I can also go
12 one by one and I can turn them counter clockwise and
13 stuff or whatever.
14      I just thought maybe if you had this in front
15 of you, it have might be quicker.
16   A.  I don't.
17   Q.  You don't. But you see what I'm sharing? It
18 says Plaintiff's Exhibit 5.2; right?
19   A.  Yes.
20   Q.  Do you see that? And right now I'm on a post,
21 it's dated March 26, 2019, and there's an article title
22 "Burlington Police Department Facebook Post Press
23 Release Re: Secret Service Encounter."
24      And there's an exchange here and Lori Spicer

Page 67

1  writes a reply to somebody.
2       Do you see that?
3    A.  Yes.
4    Q.  Is this a comment that you wrote?
5    A.  Yes.
6    Q.  Let me go down here. Barb is used to this by
7  now from me. All right.
8       I want to just turn this. I'm sure I'm going
9  to have to turn it like three times now. All right.
10      This is a post that's dated April 18, 2019.
11 Is this a post that you wrote, Jannine?
12   A.  Yes.
13   Q.  All right. Okay. Page 3 this is another
14 article with a comment. It's dated June 7, 2019. Is
15 this a post that you wrote?
16   A.  I don't remember that, but I would say yes.
17   Q.  Now, it looks like you're kind of taking a
18 position here and you -- maybe you don't like the fact
19 that there was an insanity kind of defense here. Is it
20 fair to say you disagreed with Sarah George here?
21   A.  No.
22   Q.  Did you say no?
23   A.  What I'm saying is -- what I'm saying is that
24 I don't have all the information, and I'm not sure what

Page 68

1  information she had at the time to determine that these
2  people were insane. But what I was saying was that we
3  need to determine why they came to Vermont and how to
4  get them the help that they need.
5    Q.  Okay. Were you familiar, beyond reading the
6  article, were you familiar with this peculiar situation?
7    A.  The firearms instructor?
8    Q.  Yeah, whatever this incident was about. Were
9  you familiar with the facts?
10   A.  I was familiar with only what was released in
11 the media.
12   Q.  So this article or maybe another article about
13 the same topic?
14   A.  Yeah.
15   Q.  Okay. Continuing down. Now I'm on page 4 of
16 this same exhibit. It's a post dated June 11, 2019.
17 "Fall Trial for State Police Sergeant Facing Stalking
18 Charge." Is this a comment that you made, Jannine?
19   A.  I would assume so, yes.
20   Q.  All right. And were you familiar with this
21 story, with the facts?
22   A.  No. I mean, just what I read in the media.
23   Q.  Probably just the article you had read; right?
24   A.  Right.