IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

ALBIN MELI, et al,

     PLAINTIFF,

vs.

CITY OF BURLINGTON, VERMONT,       Civil Action No. 2:19-CV-71
Et al.

     DEFENDANTS.

**<u>PLAINTIFFS' MOTION REQUESTING COURT TO CONSIDER UNDISCLOSED
BURLINGTON POLICE DEPARTMENT ASSESSMENT</u>**

NOW COMES, Plaintiffs ALBIN MELI, et al, and respectfully requests that the Court consider relevant information, that has remained undisclosed by Defendants, pertaining to Defendant's Motion for Summary Judgement.  The information is directly relevant to Plaintiff's racial animus claims.

In September 2021, CNA released their final report titled <u>A Functional and Operational Assessment of the Burlington Police Department</u> (City of Burlington Report, or The Report). CNA released their final report following being commissioned by the City of Burlington to perform the data-based assessment.  See attached City of Burlington Report at iii.

The Report concluded that between 2015-2021, Black community members were involved in use of force incidents more frequently than would be predicted based upon their proportion of Burlington's population, or their involvement in arrest incidents.  See <u>Id</u>. at 40. Additionally, Black community members experienced higher overall levels of force compared

with white community members.  Id.  The report primarily addresses the Burlington Police

Department's (BPD) racial disparity for its use of force between pages 35-40 of the Report.

    As of Friday, October 22, 2021, Plaintiffs have reached out to the CNA, and informed

Defendant that Plaintiffs may seek to involve additional witnesses to ensure that a jury is aware

of the relevant evidence.

    WHEREFORE, Plaintiffs request that the Court consider The Report as an additional

exhibit to Plaintiffs' Objection to Defendant's Motion for Summary Judgment.

DATED at Brattleboro, Vermont, this 27th day of October, 2021.

**ALBIN MELI, ET AL.**
S/Evan Chadwick
EVAN CHADWICk
136 High Street
Brattleboro, VT 05301
(802) 257-7161
evan@chadwicklawvt.com