NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

Mabior Jok

     v.                                          Case No. 2:19-cv-70

City of Burlington, VT, Brandon del Pozo, Jason
Bellavance, Joseph Corrow, and Janine Wright

Albin Meli, Charlie Meli, Jeremie Meli

     v.                                          Case No. 2:19-cv-71

City of Burlington, VT, Brandon del Pozo, Jason
Bellavance, and Cory Campbell


TAKE NOTICE that the above-entitled case has been scheduled  at 01:30 p.m., on Monday,
November 29, 2021, before Honorable William K. Sessions III, District Judge, for a hearing on
Motions for Summary Judgment.

Location: 110                                  JEFFREY S. EATON, Clerk
                                               By: */s/ Lisa Wright*
                                               Deputy Clerk
                                               11/9/2021



TO:

Albert S. Fox, Esq.
Robb A. Spensley, Esq.
Evan Chadwick, Esq.

Barbara R. Blackman, Esq.
Pietro J. Lynn, Esq.
Christopher H. Boyle, Esq.

Court Reporter