IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALBIN MELI, *et al.*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CITY OF BURLINGTON, VERMONT,  )<br>*et al.*,  )<br>)<br>Defendants.  ) | Civil Action No. 2:19–CV–71 |

## NOTICE OF APPEAL

Notice is hereby given Defendant Jason Bellavance, Defendant City of Burlington, Vermont, and Defendant Brandon del Pozo hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Opinion & Order (Dkt. No. 158) denying, in part, Defendants' Motion for Summary Judgment on Plaintiff Jeremie Meli's Claims on the basis of qualified immunity, entered in this action on the 14th day of February 2022.

DATED at Burlington, Vermont, this 1st day of March 2022.

                                            JASON BELLAVANCE, CITY OF
                                            BURLINGTON, AND BRANDON DEL
                                            POZO

By:    */s/ Pietro J. Lynn*
          Pietro J. Lynn, Esq.
          Barbara R. Blackman, Esq.
          Lynn, Lynn, Blackman & Manitsky, P.C.
          *Counsel for Defendants*
          76 St. Paul St., Suite 400
          Burlington, VT  05401
          (802) 860-1500
          plynn@lynnlawvt.com
          bblackman@lynnlawvt.com